UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-23008-CIV-DPG

FIDEL OLANO ABALLE, and all others )
similarly situated under 29 U.S.C. 216(b), )
                                          )
            Plaintiff,                    )
    vs.                                   )
                                          )
TROPICAL FALLS, INC.,                     )
DAVID BRYAN,                              )
MANUEL CLARO,                             )
                                          )
            Defendants.                   )
_____)

## PLAINTIFF'S STATEMENT OF CLAIM

Now comes the Plaintiff, by and through the undersigned, and files the above-described Statement of Claim as follows:

**Federal Half-Time Overtime Wage Claim (7/20/16-8/2/17):**
Weeks: 51 (54 weeks – 3 weeks of absence)
Overtime hours: 32
Amount of half-time overtime per hour not compensated: $5.00 (based on $10/hr.)
Total overtime wages unpaid and liquidated damages: $8,160 X 2 = $16,320.00, *exclusive of* **attorneys' fees and costs**

*Plaintiff seeks all fees and costs under the FLSA. The above calculations do not account for fees and costs under the FLSA sought by Plaintiff.
** Plaintiff reserves the right to seek time and one-half damages for any other completely unpaid overtime hours should the facts adduced in discovery justify same.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
Rivkah F. Jaff, Esquire
Florida Bar No.: 107511

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 8/10/17 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:_____/s/ Rivkah F. Jaff_____**
**RIVKAH F. JAFF, ESQ.**