UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **1:17-CV-23008-DPG**

|  |  |
|---|---|
| FIDEL OLANO ABALLE, JOAN | ) |
| ROASADO OCHOA, ADRIAN ORDAS | ) |
| ROSADO, and all others similarly situated | ) |
| under 29 U.S.C. 216(b), | ) |
| Plaintiff, | ) |
| vs. | ) |
| TROPICAL FALLS, INC., | ) |
| DAVID BRYAN, | ) |
| MANUEL CLARO, | ) |
| Defendants. | ) |
| _____ | ) |

## JOINT STIPULATION TO NARROW THE ISSUES FOR JURY TRIAL

Plaintiffs, FIDEL OLANO ABALLE, JOAN ROSADO OCHOA and ADRIAN ORDAS ROSADO, and Defendants, TROPICAL FALLS, INC., DAVID BRYAN, and MANUEL CLARO, by and through their undersigned counsel, hereby stipulate and agree as follows:[1]

1.     That FLSA enterprise coverage/subject matter jurisdiction exists as to all Defendants for the relevant time period, specifically the years 2015, 2016, and 2017, which are the years some or all of the Plaintiffs were employed by Defendant TROPICAL FALLS, INC.

2.     That Defendant, TROPICAL FALLS, INC., was Plaintiffs' "employer" as that term is defined by the FLSA as a matter of law.

3.     That Plaintiffs are not exempt employees under the FLSA as a matter of law.

---

[1] There were scrivener's errors in the First Amended Complaint as to the spelling of Plaintiffs' names which are herein corrected.

Dated this 25th day of October, 2017.

Respectfully Submitted,

By: */s/ Neil Tobak, Esq.*
   Neil Tobak, Esq.
   Fla. Bar No. 093940
   Email: ntobak.zidellpa@gmail.com
   J.H. ZIDELL, P.A.
   300 71st Street, Suite 605
   Miami Beach, FL 33141
   Telephone: (305) 865-6766
   Facsimile: (305) 865-7167
   *Attorney for Plaintiffs*

By: */s/ Dana Mason Gallup, Esq.*
   Dana M. Gallup, Esq.
   Fla. Bar. No.: 0949329
   Email: dgallup@gallup-law.com
   Gallup Auerbach
   4000 Hollywood Boulevard, Suite 265-S
   Hollywood, FL 33021-6755
   954-894-3035
   Fax: 954-894-8015
   *Attorneys for Defendants*