UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **1:17-CV-23008-DPG**

FIDEL OLANO ABALLE, JOAN )
ROASADO OCHOA, ADRIAN ORDAS )
ROSADO, and all others similarly situated )
under 29 U.S.C. 216(b), )
         Plaintiff, )
  vs. )
TROPICAL FALLS, INC., )
DAVID BRYAN, )
MANUEL CLARO, )
         Defendants. )
_____ )

## PLAINTIFFS' NOTICE OF HEARING BEFORE THE HONORABLE MAGISTRATE JUDGE ALICIA OTAZO-REYES

PLEASE TAKE NOTICE that the undersigned attorneys for the respective Parties will call to be heard on the Court's discovery calendar before the HONORABLE MAGISTRATE JUDGE ALICIA OTAZO-REYES, at the c. Clyde Atkins U.S. Courthouse, 301 North Miami Avenue, 10th Floor, Miami, FL 33128, on December 6, 2017, at 2:00 p.m.

On September 12, 2017, Plaintiff propounded his initial discovery on all Defendants, all contained in one PDF document, including his First Request for Admissions, First Request for Production, and First Set of Interrogatories. Defendants served their Responses to said discovery on October 12, 2016.

Specifically, Plaintiffs are requesting the Court address issues with respect to Defendants' objections and responses to Plaintiffs' First set of Interrogatories Nos. 7 and 8, Defendants' objections and responses to Plaintiffs' First Request for Production Nos. 10, 11, 12, 13, 15, 17, 22, 24, 25, 26, 30, 31, 39, and 42, and to compel better responses to same.

Moving counsel certifies that a bona-fide effort to agree or to narrow the issues has been made with opposing counsel and will continue to attempt to do same up and to the date of this discovery hearing.

Plaintiff will submit the supporting documents by way of email to the Court.

    Respectfully submitted,

    J. H. ZIDELL, P.A.
    ATTORNEYS FOR PLAINTIFF
    300-71ST STREET, SUITE 605
    MIAMI BEACH, FLORIDA 33141
    305-865-6766
    305-865-7167

    By:_s/ Neil Tobak, Esq. ___
      Neil Tobak, Esquire
      Florida Bar No.: 93940

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 10/25/17 TO:**

**Dana M. Gallup, Esq.**
**Fla. Bar. No.: 0949329**
**Email: dgallup@gallup-law.com**
**Gallup Auerbach**
**4000 Hollywood Boulevard, Suite 265-S**
**Hollywood, FL 33021-6755**
**954-894-3035**
**Fax: 954-894-8015**
*Attorneys for Defendants*

  **BY:__/s/____Neil Tobak_____**
      **NEIL TOBAK, ESQ.**