UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-23008-CIV-DPG

FIDEL OLANO ABALLE, JOAN ROSADO )
OCHOA, ADRIAN ORDAS ROSADO, and )
all others similarly situated under 29 U.S.C. )
216(b), )
)
           Plaintiff, )
vs. )
)
TROPICAL FALLS, INC., )
DAVID BRYAN, )
MANUEL CLARO, )
)
           Defendants. )
_____)

## PLAINTIFFS' UPDATED STATEMENT OF CLAIM

Now come the Plaintiffs, by and through the undersigned, and files the above-described

Updated Statement of Claim as follows:

**Plaintiff FIDEL OLANO ABALLE**
**Federal Half-Time Overtime Wage Claim (7/20/16-8/2/17):**
Weeks: 51 (54 weeks – 3 weeks of absence)
Overtime hours: 32
Amount of half-time overtime per hour not compensated: $5.00 (based on $10/hr.)
Total overtime wages unpaid and liquidated damages: $8,160 X 2 = $16,320.00, *exclusive of* **attorneys' fees and costs**

**Plaintiff ADRIAN ORDAS ROSADO**
**Federal Half-Time Overtime Wage Claim (4/1/16-12/22/16):**
Weeks: 37 (rounded)
Overtime hours: 32
Amount of half-time overtime per hour not compensated: $4.58 (based on $9.16/hr.)
Total overtime wages unpaid and liquidated damages: $5,422.72 X 2 = $10,845.44, *exclusive* **of attorneys' fees and costs**

**Plaintiff JOAN ROSADO OCHOA**
**Federal Half-Time Overtime Wage Claim (2/22/2016 - 8/22/2016):**
Weeks: 26
Overtime hours: 32

<u>Amount of half-time overtime per hour not compensated:</u> $5.00 (based on $10/hr.)
<u>Total overtime wages unpaid and liquidated damages:</u> $4,160 X 2 = $8,320, *exclusive* of **attorneys' fees and costs**

*Plaintiffs seek all fees and costs under the FLSA. The above calculations do not account for fees and costs under the FLSA sought by Plaintiffs.
** Plaintiffs reserve the right to seek time and one-half damages for any other completely unpaid overtime hours should the facts adduced in discovery justify same.

        Respectfully submitted,

        J. H. ZIDELL, P.A.
        ATTORNEYS FOR PLAINTIFF
        300-71ST STREET, SUITE 605
        MIAMI BEACH, FLORIDA 33141
        305-865-6766
        305-865-7167

        By:_s/ Rivkah F. Jaff, Esq. ___
          Rivkah F. Jaff, Esquire
          Florida Bar No.: 107511

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 11/16/17 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:_____/s/ Rivkah F. Jaff_____
RIVKAH F. JAFF, ESQ.**