UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:17-CV-23008-GAYLES/OTAZO-REYES

FIDEL OLANO ABALLE, JOAN ROSADO
OCHOA, ADRIAN ORDAS ROSADO, and all
others similarly situated under 29 U.S.C. 216(b),

    Plaintiff,
v.

TROPICAL FALLS, INC.,
DAVID BRYAN and
MANUEL CLARO

    Defendants.
_____/

## DEFENDANTS' RESPONSE TO PLAINTIFFS' UPDATED STATEMENT OF CLAIM

Defendants, TROPICAL FALLS, INC. ("TROPICAL FALLS"), DAVID BRYAN ('BRYAN") and MANUEL CLARO ("CLARO") (collectively referred to as "Defendants"), by and through their undersigned attorneys, and in compliance with the Court's Notice of Court Practice (D.E. 8), hereby files their response to Plaintiffs' Updated Statement of Claim (D.E. 35), and states as follows:

1.    Plaintiff, FIDEL OLANO ABALLE ("ABALLE") began working for Defendant, TROPICAL FALLS, INC., on approximately August 8, 2016 serving as a gardener. ABALLE continued working for TROPICAL FALLS through approximately August 2, 2017. During his employment, ABALLE earned $9.00 per hour for the first forty (40) hours worked each week and $13.50 per hour for all overtime hours worked, if any.

2.    Plaintiff, JOAN ROSADO OCHOA ("OCHOA") began working for Defendant, TROPICAL FALLS, on approximately February 22, 2016, serving as a gardener. OCHOA began as a part-time employee and became a full-time employee the following week. OCHOA continued working for TROPICAL FALLS through approximately August 19, 2016. During his employment

OCHOA earned $9.00 per hour for the first forty (40) hours worked each week and $13.50 per hour for all overtime hours worked, if any.

3. Plaintiff, ADRIAN ORDAS ROSADO ("ROSADO") began working for Defendant, TROPICAL FALLS, on approximately April 14, 2016, serving as a gardener. ROSADO continued working for TROPICAL FALLS through approximately December 20, 2016. ROSADO returned to work on July 24, 2017, and continued working through approximately August 28, 2017. During his employment, ROSADO earned $9.00 per hour for the first forty (40) hours worked each week and $13.50 per hour for all overtime hours worked, if any.

4. Defendants contend that Plaintiffs were properly paid for all hours worked, and thus, no wages are due to him.

5. Defendants have produced to Plaintiffs time records and payroll reports evidencing the dates they were employed by TROPICAL FALLS, the number of hours they worked each week, and the amounts paid to them each week. These records wholly refute that Plaintiffs were paid on a "day rate" as they contend as the amounts paid each week varied based upon hours actually worked in the week. These records further show that Plaintiffs were paid overtime for any time worked each day over eight hours, even if the time worked in the week did not exceed 40.

6. Also, TROPICAL FALLS routinely rounded weekly pay up to an even number so, for example, if pay for a week based upon the regular and overtime rate amounted to $798.00, TROPICAL FALLS would round up to $800.00. As such, Plaintiffs were consistently paid more than was required under the FLSA.

7. Finally, while Defendants dispute the accuracy of the handful of time records produced by the Plaintiffs, those records reflect weeks in which the Plaintiffs worked less than the claimed "average" of 72 hours with 32 hours of overtime, yet, to date, Plaintiffs have failed to further amend their Statement of Claim or answers to interrogatories to be consistent with their own

records, and instead continue to claim 32 hours of overtime every week during the entire course of their employment.

**GALLUP AUERBACH**
*Counsel for Plaintiff*
4000 Hollywood Boulevard
Presidential Circle-Suite 265 South
Hollywood, Florida 33021
Telephone: (954) 894-3035
Facsimile: (954) 894-8015
E-mail:dgallup@gallup-law.com

By:   /s/ Dana M. Gallup_____
DANA M. GALLUP
Florida Bar No.: 0949329

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 6th day of December 2017, we electronically filed the foregoing document with the Clerk of Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   **/s/*Dana M. Gallup*___**
Dana M. Gallup
Fla. Bar. No.: 949329

**SERVICE LIST**
*Aballe et al. v. Tropical Falls, Inc. et al.*
**CASE NO.: 17-cv-23006-GAYLES/OTAZO-REYES**

Dana M. Gallup, Esq.
FBN: 949329
**GALLUP AUERBACH**
4000 Hollywood Boulevard
Suite 265 South
Hollywood, Florida 33021

T: 954.894.3035
F: 954.894.8015
E-Mail: dgallup@gallup-law.com

*Attorney for Defendants*

Via CM/ECF

Jamie H. Zidell, Esq.
zabogado@aol.com
FBN : 10121

Neil Tobak, Esq.
ntobak.zidellpa@gmail.com
FBN : 93940

Rivkah Fay Jaff
rivkah.jaff@gmail.com
FBN: 107511

**J.H. ZIDELL, P.A.**
300 71st Street
Suite 605
Miami Beach, FL 33141

t: 305-865-6766
f: 305-865-7167

*Counsel for Plaintiffs*

Via CM/ECF

GALLUP AUERBACH • 4000 Hollywood Blvd, Suite 265 South • Hollywood, FL 33021• Tel: 954.894.3035 • Web: gallup-law.com