UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-23008-CIV-GAYLES/OTAZO-REYES

FIDEL OLANO ABALLE,
JOAN ROASADO OCHOA,
ADRIAN ORDAS ROSADO and all others
similarly situated under 29 U.S.C. 216(b),

       Plaintiffs,

v.

TROPICAL FALLS, INC.,
DAVID BRYAN and
MANUEL CLARO,

       Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiffs Fidel Olano Aballe, Joan Roasado Ochoa and Adrian Ordas Rosado's (collectively, "Plaintiffs") Notice of Hearing [D.E. 29] regarding Plaintiffs' First Set of Interrogatories and Requests for Production. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 24]. The undersigned held a hearing on this matter on December 6, 2017. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED as follows:

- ➢ As to Interrogatories Nos. 7 and 8, Defendants Tropical Falls, Inc., David Bryan and Manuel Claro (collectively, "Defendants") shall supplement their responses.
- ➢ As to Plaintiffs' Requests for Production, Defendants' responses are sufficient, given that all responsive non-privileged documents have been produced.

DONE AND ORDERED in Chambers at Miami, Florida, this 6th day of December, 2017.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:    United States District Judge Darrin P. Gayles
       Counsel of Record