UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:17-CV-23008-GAYLES/OTAZO-REYES

FIDEL OLANO ABALLE,
JOAN ROSADO OCHOA,
ADRIAN ORDAS ROSADO and all
others similarly situated under 29 U.S.C. 216(b),

    Plaintiffs,
v.

TROPICAL FALLS, INC.,
DAVID BRYAN and
MANUEL CLARO

    Defendants.
_____/

## DEFENDANTS' AMENDED WITNESS LIST

Defendants, TROPICAL FALLS, INC., DAVID BRYAN and MANUEL CLARO, by and through their undersigned counsel and pursuant to the Court's Scheduling Order Setting Civil Trial Date and PreTrial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge [DE 24], hereby file Defendants' Amended Witness List as follows.

1. David Bryan
   c/o Defendants' counsel

2. Manuel Claro
   c/o Defendants' counsel

3. Fidel Olano Aballe
   c/o Plaintiff's counsel

4. Joan Rosado Ochoa
   c/o Plaintiff's counsel

5. Adrian Ordas Rosado
   c/o Plaintiff's counsel

6. Saidel Ramirez
   Address Unknown
   786-720-8496

7. Fanny Reyes
   1100 W. 79 Street, Unit E-1
   Hialeah, FL 33014
   786-612-1016

8. Apolonio Juarez
   c/o Defendants' counsel

9. Julio Del Rio
   Herlinda Del Rio
   28400 SW 157 Avenue
   Homestead, FL 33033

10. Raicel Diaz
    17820 SW 107 Avenue #2
    Miami, FL 33157
    T: 786-805-1610

11. Plaintiff's named witnesses.

12. Any rebuttal or impeachment witnesses as required.

Defendant reserves the right to amend this witness list up to the date of trial or as allowed the Federal Rules of Civil Procedure or Court order.

Respectfully submitted,

**GALLUP AUERBACH**
*Counsel for Defendants*
4000 Hollywood Boulevard
Presidential Circle-Suite 265 South
Hollywood, Florida 33021
t : (954) 894-3035
f: (954) 894-8015
e: dgallup@gallup-law.com

By:   /s/ Dana M. Gallup_____
      DANA M. GALLUP
      FBN: 0949329

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 18th day of December 2017, we electronically filed the foregoing document with the Clerk of Court using EM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          By: /s/Dana M. Gallup
             Dana M. Gallup, Esq.
             FBN: 949329

GALLUP AUERBACH • 4000 Hollywood Blvd, Suite 265 South • Hollywood, FL 33021• Tel: 954.894.3035 • Web: gallup-law.com

## SERVICE LIST
*Aballe et al. v. Tropical Falls, Inc. et al.*
**CASE NO.: 17-cv-23006-GAYLES/OTAZO-REYES**

| | |
|---|---|
| Dana M. Gallup, Esq.<br>FBN: 949329<br>**GALLUP AUERBACH**<br>4000 Hollywood Boulevard<br>Suite 265 South<br>Hollywood, Florida 33021<br><br>T:  954.894.3035<br>F:  954.894.8015<br>E-Mail: dgallup@gallup-law.com<br><br><br>*Attorney for Defendants*<br><br><br>*VIA CM/ECF* | Jamie H. Zidell, Esq.<br>zabogado@aol.com<br>FBN : 10121<br><br>Neil Tobak, Esq.<br>ntobak.zidellpa@gmail.com<br>FBN : 93940<br><br>Rivkah Fay Jaff<br>rivkah.jaff@gmail.com<br>FBN: 107511<br><br>K. David Kelly, Esq.<br>david.kelly38@rocketmail.com<br>FBN: 123870<br><br>**J.H. ZIDELL, P.A.**<br>300 71st Street<br>Suite 605<br>Miami Beach, FL 33141<br><br>t: 305-865-6766<br>f: 305-865-7167<br><br>*Counsel for Plaintiffs*<br><br>*VIA CM/ECF* |