UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **1:17-CV-23008-DPG**

FIDEL OLANO ABALLE, JOAN ROASADO )
OCHOA, ADRIAN ORDAS ROSADO, and )
all others similarly situated under 29 U.S.C. )
216(b), )
    vs. )
     )
TROPICAL FALLS, INC., )
DAVID BRYAN, )
MANUEL CLARO, )
    Defendants.

_____

## NOTICE OF HEARING BEFORE THE HONORABLE MAGISTRATE JUDGE ALICIA M. OTAZO-REYES

PLEASE TAKE NOTICE that the undersigned attorney for the Plaintiff will call to be heard on the Court's discovery calendar before the HONORABLE MAGISTRATE JUDGE ALICIA M. OTAZO-REYES, at the c. Clyde Atkins U.S. Courthouse, 301 North Miami Avenue, 10th Floor, Miami, FL 33128, on January 18, 2018, at 3:00 p.m.

1. On November 28, 2017, Plaintiffs served non-party witness, Yasel Finales, with a Subpoena for Deposition to occur on December 12, 2017 at 10:00 am. *See* Exhibit A. Yasel Finales failed to appear as properly Noticed for said depositions and, as such, Plaintiffs incurred fees in relation to preparation for same along with costs associated with the translator and Court Reporter who issued a Certificate of Non-Appearance for same. *See* Exhibit B.

2. **On December 2, 2017, Plaintiffs served non-party witness, Osmany Barcelo, with a Subpoena for Deposition to occur on December 15, 2017 at 1:00 pm. *See* Exhibit**

C. Osmany Barcelo failed to appear as properly Noticed for said depositions and, as such, Plaintiffs incurred fees in relation to preparation for same along with costs associated with the translator and Court Reporter who issued a Certificate of Non-Appearance for same. *See* Exhibit D.

WHEREFORE, PLAINTIFF RESPECTFULLY REQUESTS THE COURT TO COMPEL NON-PARTY WITNESS, YASEL FINALES, AND NON-PARTY WITNESS OSMANY BARCELO TO APPEAR AT THE OFFICE OF THE UNDERSIGNED FIRM FOR DEPOSITION WITHIN FOURTEEN (14) DAYS OF THE COURT'S ORDER AS PREVIOUSLY SUBPOENAED. PLAINTIFF ALSO RESPECTFULLY REQUESTS ENTRY OF AN ORDER AWARDING PLAINTIFF'S COUNSEL ALL FEES AND COSTS IN RELATION TO THE FILING OF THE INSTANT MOTION, THE SERVICE OF THE SUBPOENA, THE COURT REPORTER, ALL FEES RELATE TO PREPARATION FOR THE DEPOSITION, AND ALL RELATED WORK.

    Respectfully submitted,

    J. H. ZIDELL, P.A.
    ATTORNEYS FOR PLAINTIFF
    300-71ST STREET, SUITE 605
    MIAMI BEACH, FLORIDA 33141
    305-865-6766
    305-865-7167

    By:_s/ Neil Tobak, Esq. ___
      Neil Tobak, Esquire
      Florida Bar No.: 093940

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA EMAIL ON 12/18/17 TO:**

**Dana Mason Gallup**
**Gallup Auerbach**
**4000 Hollywood Boulevard**
**Suite 265-S**
**Hollywood, FL 33021-6755**
**954-894-3035**
**Fax: 954-894-8015**
**Email:** dgallup@gallup-law.com

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA MAIL ON 12/18/17 TO:**

**Osmany Barcelo**
**1470 W 76 Street,**
**Hialeah, FL 33012**

**Yasel Finales**
**13433 SW 269 Stree,**
**Homestead, FL 33032**

**BY:__/s/____NEIL TOBAK_____**
    **NEIL TOBAK, ESQ.**