## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 17-23008-CIV-GAYLES/OTAZO-REYES

FIDEL OLANO ABALLE,
JOAN ROASADO OCHOA,
ADRIAN ORDAS ROSADO and all others
similarly situated under 29 U.S.C. 216(b),

        Plaintiffs,

v.

TROPICAL FALLS, INC.,
DAVID BRYAN and
MANUEL CLARO,

        Defendants.

_____/

### ORDER SETTING SHOW CAUSE HEARING

THIS CAUSE came before the Court upon Plaintiffs Fidel Olano Aballe, Joan Roasado
Ochoa and Adrian Ordas Rosado's (collectively, "Plaintiffs") Notice of Hearing [D.E. 41]
regarding the non-party depositions of Yasel Finales ("Finales") and Osmany Barcelo
("Barcelo"). This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the
Honorable Darrin P. Gayles, United States District Judge [D.E. 24]. In their Notice of Hearing,
Plaintiffs informed the Court that Finales failed to appear for his deposition scheduled for
December 12, 2017, and that Barcelo failed to appear for his deposition scheduled for December
15, 2017. The undersigned held a hearing on this matter on January 18, 2018. In accordance
with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED as follows:

➢ A Show Cause Hearing is hereby SET for **Thursday, February 1 at 3:00 P.M.**
**at the United States District Court, 301 North Miami Avenue, Tenth Floor,**
**Miami, Florida 33128.** At the Show Cause Hearing, Finales and Barcelo shall

appear in person and show cause why they should not be held in civil contempt for their failure to appear for their respective depositions.

➢ Plaintiffs' Counsel shall serve copies of this Order on Finales and Barcelo by process server and shall file proof of such service with the Court by **January 29, 2018**.

➢ Finales and Barcelo are admonished that failure to appear at the Show Cause Hearing may result in a finding of civil contempt.

DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of January, 2018.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

Copies via CM/ECF to:

United States District Judge Darrin P. Gayles
Counsel of Record

Copies furnished as directed above to:

Yasel Finales
Osmany Barcelo