UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-23008-CIV-DPG

FIDEL OLANO ABALLE, JOAN ROSADO )
OCHOA, ADRIAN ORDAS ROSADO, and )
all others similarly situated under 29 U.S.C. )
216(b), )
 )
        Plaintiff, )
vs. )
 )
TROPICAL FALLS, INC., )
DAVID BRYAN, )
MANUEL CLARO, )
 )
        Defendants. )
 )

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COME NOW the Parties, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41 and hereby notices this Court that Plaintiffs, FIDEL OLANO ABALLE, JOAN ROSADO OCHOA, and ADRIAN ORDAS ROSADO, voluntarily dismiss their claims against Defendants, TROPICAL FALLS, INC., DAVID BRYAN, and MANUEL CLARO, jointly and severally, with prejudice brought in the above-captioned lawsuit. Plaintiffs and Defendants shall each bear their own respective fees and costs.

Respectfully Submitted,

Dated this 9th day of February, 2018.

By: /s/ Neil Tobak, Esq.
    Neil Tobak, Esq.
    Fla. Bar No. 093940
    Email: ntobak.zidellpa@gmail.com
    J.H. ZIDELL, P.A.
    300 71st Street, Suite 605
    Miami Beach, FL 33141
    Telephone: (305) 865-6766

By: /s/ Dana Mason Gallup, Esq.
    Dana Mason Gallup, Esq.
    Fla. Bar. No.:
    Email: dgallup@gallup-law.com
    Gallup Auerbach
    4000 Hollywood Boulevard, Suite 265-S
    Hollywood, FL 33021-6755
    954-894-3035

|  |  |
|---|---|
| Facsimile: (305) 865-7167 | Fax: 954-894-8015 |
| *Attorney for Plaintiffs* | *Attorneys for Defendants* |